BEFORE THE SECOND DIVISION, AUGUST 29, 1961

No. 65999.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. v. United States, protests 296678–KS, etc. (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.